Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
ELLIANNIA M MERCADAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. M. M., | Case No.: 2:12-CV-02907 AC |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE ALLISON CLAIRE, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 8-day extension of time, to and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  including September 6, 2013, in which to file Plaintiff's Motion for Summary

2  Judgment. This request is made at the request of Plaintiff's counsel to allow

3  additional time to fully research the issues presented.

4  DATE: August 30, 2013                Respectfully submitted,

5                                        ROHLFING & KALAGIAN, LLP

6                                         /s/ *Marc V. Kalagian*

7                                        BY: _____
                                         Marc V. Kalagian
8                                        Attorney for plaintiff

9  DATE:  August 30, 2013
                                         BENJAMIN B. WAGNER.
10                                       United States Attorney

11                                         /s/ *Mr. Jeffrey T. Chen*

12                                       BY: _____
                                         Mr. Jeffrey T. Chen
13                                       Special Assistant United States Attorney
                                         Attorneys for defendant Carolyn W. Colvin
14                                       |*authorized by e-mail|

15  IT IS SO ORDERED.

16  DATE: September 3, 2013

17                                       _____
                                         ALLISON CLAIRE
18                                       UNITED STATES MAGISTRATE JUDGE

19

20  /mb;emm2907.eot.stip

21

22

23

24

25

26