1  Marc V. Kalagian
   Attorney at Law: 149034
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   ELLIANNIA M MERCADAL

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 E. M. M.,                          ) Case No.: 2:12-CV-02907 AC
                                      )
13         Plaintiff,                 ) STIPULATION TO EXTEND TIME
                                      )
14 v.                                 )
                                      )
15 CAROLYN W. COLVIN,[1]  Acting      )
   Commissioner of Social Security.   )
16                                    )
           Defendant.                 )
17                                    )
   _____)

18

19      TO THE HONORABLE ALLISON CLAIRE, UNITED STATES

20 DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

21      IT IS HEREBY STIPULATED by and between the parties, through their

22 respective counsel, that Plaintiff shall have a 8-day extension of time, to and

23 _____

24 [1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
   February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal
25 Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for
   Commissioner Michael J. Astrue as Defendant in this suit. No further action need
26 be taken to continue this suit by reason of the last sentence of section 205(g) of the
   Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the
   Acting Commissioner as the Commissioner.

-1-

1   including September 6, 2013, in which to file Plaintiff's Motion for Summary

2   Judgment. This request is made at the request of Plaintiff's counsel to allow

3   additional time to fully research the issues presented.

4   DATE: August 30, 2013           Respectfully submitted,

5                                   ROHLFING & KALAGIAN, LLP

6                                   /s/ *Marc V. Kalagian*

7                                    BY: _____
                                    Marc V. Kalagian
8                                   Attorney for plaintiff

9   DATE:  August 30, 2013

10                                  BENJAMIN B. WAGNER.
                                    United States Attorney

11                                  /s/ *Mr. Jeffrey T. Chen*

12                                  BY: _____
                                    Mr. Jeffrey T. Chen
13                                  Special Assistant United States Attorney
                                    Attorneys for defendant Carolyn W. Colvin
14                                  |*authorized by e-mail|

15  IT IS SO ORDERED.

16  DATE: September 3, 2013

17                                  _____
                                    ALLISON CLAIRE
18                                  UNITED STATES MAGISTRATE JUDGE

19

20  /mb;emm2907.eot.stip

21

22

23

24

25

26

-2-